IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISMAEL GUTIERREZ,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No.  CV-05-0097-CI<br><br><br><br>ORDER |

　　　Based on the stipulation of the parties, it is ORDERED that this case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　On remand, the administrative Law Judge (ALJ) will be directed to reassess and properly address all medical source opinions, especially those of Robert L. Schneider, M.D., Oren H. Ellis, M.D., and Thomas Gritzka, M.D..  The ALJ will be directed to reassess the severity of the claimant's mental and physical impairments; reassess the claimant's residual functional capacity and obtain supplemental vocational expert testimony to clarify the effect of the assessed

Page 1　　ORDER - [CV-05-0097-CI]

limitations on the claimant's ability to perform past relevant work and other work. The ALJ will be directed to take any further action necessary to render a new decision in this matter.

DATED this 22nd day of September, 2005.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ TERRYE E. SHEA
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle WA 98104-7075
 Telephone (206) 615-2143
 FAX (206) 615-2531
 terrye.shea@ssa.gov